## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DAVID HARRIS AND STEVEN THOMPSON, | : | No. 275 EAL 2023 |
| | : | |
| | : | |
| Respondents | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| SEPTA POLICE DETECTIVE DANIEL BURGMANN, SEPTA POLICE DETECTIVE STEWART, SEPTA POLICE DETECTIVE BACON, AND SEPTA POLICE DETECTIVE BRYAN MCCAULEY, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 31st day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.